IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

**RONNIE MULLINS,**

    **Plaintiff,**

v.                        CIVIL ACTION NO. 1:06cv105
                                (Judge Keeley)

**UNITED STATES OF AMERICA,**
**RICHARD RAMIREZ, E. MACE-LEIBSON,**
**MARK DIB, SALVATORE LANASA,**
**KAREN LAMBRIGHT, and JANET**
**BUNTS,**

    **Defendants.**

## ORDER DENYING PLAINTIFF'S MOTION
## FOR LEAVE TO APPEAL IN FORMA PAUPERIS

On August 30, 2007, this Court entered an order affirming the Magistrate Judge's Report and Recommendations and dismissing the plaintiff's claims with prejudice. On September 13, 2007, the plaintiff filed a notice of appeal and a motion for leave to appeal in forma pauperis (dkt. no. 70). However, the plaintiff failed to attach any documentation of financial status other than his bold assertion that he has no income. Therefore, this Court **DENIES** without prejudice plaintiff's motion to proceed in forma pauperis (dkt. no. 70).

It is so **ORDERED**.

The Clerk is directed to transmit copies of this Order to counsel of record and all appropriate agencies, and to mail a copy of this Order to the pro se plaintiff, certified mail, return receipt requested.

Dated: October 22, 2007

                                       /s/ Irene M. Keeley
                                       IRENE M. KEELEY
                                       UNITED STATES DISTRICT JUDGE